# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

IN RE: )
                              )

**RICHARD EDWIN CHALLINOR, Jr.** )   **Case No.: 09-34228**
**ROBYN LYNN CHALLINOR** )   **Chapter 7 Bankruptcy**
                              )
      **Debtors.** )

## NOTICE OF DEPOSIT OF SMALL DIVIDEND FUNDS

Comes now Rebecca Hoyt Fischer and respectfully represents and shows:

1. That I am the Trustee for the estate of the above-named Debtors.

2. That pursuant to the Claims Distribution Summary, I made distribution to the persons named and in the amount set out therein.

3. Pursuant to FRBP 3010, the dividend for Claim No. 7, filed by Radiology, Inc., c/o Diamond & Diamond, Attorneys at Law, P.O. Box 1875, South Bend, IN 46634, was issued in the amount of $2.30 as Check No. 110, dated December 1, 2010 was deposited with the Clerk of the United States Bankruptcy Court, South Bend Division.

DATED: December 2, 2010            /s/ Rebecca Hoyt Fischer
                                     Rebecca Hoyt Fischer, Trustee
                                     112 West Jefferson Blvd., Ste. 310
                                     South Bend, IN 46601
                                     Telephone: (507) 284-2354
                                     Facsimile: (574) 284-2356
                                     rebecca@ladfislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2010, service of a true and complete copy of the above document was served by:

U.S. Trustee                           Laura R. Rochet
USTRegion10.SO.ECF@usdoj.gov         MER@GERACILAW.COM

And by first class postage paid mail upon the following:

Radiology, Inc.                        United States Bankruptcy Clerk
c/o Diamond & Diamond                401 S. Michigan Street
P.O. Box 1875                          South Bend, IN 46601
South Bend, IN 46634

                                       /s/ Rebecca H. Fischer
                                       Rebecca Hoyt Fischer